**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION**

| | |
|---|---|
| CARRIE L. FRANZ, | ) **CASE NO.** 2:25-cv-05752-JFW-Ex |
| Plaintiff, | ) |
| vs. | ) |
| | ) **JUDGMENT AGAINST** |
| BRIARWOOD CREDIT, LLC., *et al.* | ) **DEFENDANTS BELEN NAVA-** |
| | ) **LEAL AND BELEN NAVA LEAL,** |
| Defendants. | ) **LLC** |
| _____ | ) |
| | ) |
| ROBERT J. ASTON aka ROBERT REYNOLDS, | ) |
| | ) |
| Cross-Claimant/Cross Defendant. | ) |
| | ) |
| vs. | ) |
| | ) |
| BELEN NAVA-LEAL and BELEN NAVA-LEAL, LLC dba CENTURY CREDIT & COLLECTIONS, LLC, | ) |
| | ) |
| Cross-Defendants/ Cross-Claimant. | ) |
| | ) |

1

JUDGMENT

Carrie L. Franz ("Plaintiff") having filed a Complaint herein and Defendant Belen Nava-Leal, in her individual capacity, and Defendant Belen Nava Leal, LLC, a California Limited Liability Company doing business as Century Credit & Collections ("Defendants") having consented to the Court's jurisdiction over Defendants and the subject matter of this action; have made an offer of judgment pursuant to Fed. R. Civ. P. 68 which Plaintiff has accepted.

Therefore, without admitting or denying the allegations contained in the Complaint, except as to jurisdiction and subject matter, Defendants have waived findings of fact and conclusions of law, waived any right to appeal from this Judgment, and have consented to the entry thereof.

It Is Hereby Ordered, Adjudged, And Decreed as follows:

Judgment is hereby entered in favor of Carrie L. Franz and against Belen Nava-Leal in her individual capacity, and Belen Nava Leal, LLC, a California Limited Liability Company doing business as Century Credit & Collections, in the total amount of Ten Thousand Dollars ($10,000), jointly and severally.

The resulting total Judgment amount Belen Nava-Leal in her individual capacity, and Belen Nava Leal, LLC, a California Limited Liability Company doing business as Century Credit & Collections, shall be obligated to pay Carrie L. Franz is Ten Thousand Dollars ($10,000), jointly and severally. Each party shall bear their own costs and fees.

There being no just reason for delay, pursuant to Rule 68(a) of the Fed. R. Civ. P., the Clerk is Ordered to enter this Judgment forthwith and without further notice.

Date: October 21, 2025

_John F. Walter_
John F. Walter
UNITED STATES DISTRICT JUDGE